**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION**

| | |
|---|---|
| DEMARIO ROBERTS (Inmate # 398950); MOHAMED MOHAMED (Inmate # 384454); JEREMY LIVINGSTON (Inmate # 381036); and, NAIM LAO (Inmate # 400248);<br><br>Plaintiffs,<br><br>vs.<br><br>STEPHEN SINCLAIR, in his official capacity as Secretary of the Washington Department of Corrections, *et. al.,*<br><br>Defendants. | Civil Action No. 18-cv-837<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER** |

Having considered Plaintiffs' Complaint, Motion for Temporary Restraining Order and/or Preliminary Injunction and all documents filed in connection with the Motion, I have determined that:

(1) Plaintiffs have a substantial likelihood of prevailing on the merits of their Eighth Amendment and RLUIPA Claims;

(2) Defendants' exclusion of Plaintiffs from the Ramadan List inflicts irreparable injury by failing to provide Plaintiffs and other fasting Muslims with adequate nutrition during Ramadan, as well as by failing to accommodate Plaintiffs' sincere religious beliefs;

(3) the balance of equities tips in Plaintiffs' favor;

(4) the public interest is served by protecting Plaintiffs' nutrition as well as their religious rights and liberties; and

(5) a Temporary Restraining Order is needed because Plaintiffs have already been deprived of adequate nutrition for the last three weeks, are currently fasting during Ramadan, and Ramadan will end on approximately June 15, 2018, thereby making a full briefing schedule and hearing impractical:

IT IS HEREBY ORDERED that Defendants are enjoined and required to add Plaintiffs, and all fasting Muslim inmates, to the Ramadan List. Defendants must provide Plaintiffs with a balanced nutritional diet containing between 2,600 and 2,800 calories on each remaining day during Ramadan.

Date: June 10, 2018

s/Ronald B. Leighton
Ronald B. Leighton
U.S. District Judge