UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEMARIO ROBERTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN SINCLAIR, et. al., <br><br> Defendants. | Case No. C18-837-RSM <br><br> ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY CUTOFF |

This matter comes before the Court on a stipulated motion filed by the parties seeking to extend the discovery cutoff. Dkt. #65. Based upon the stipulation of the parties, the Court orders that the discovery deadline shall be extended for two weeks for the sole purpose of allowing the parties to conduct the Rule 30(b)(6) deposition of DOC and the deposition of Naim Lao. The new discovery deadline will be June 24, 2019.

IT IS SO ORDERED.

DATED this 17 day of June, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY CUTOFF - 1